UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SAFEPOINT INSURANCE COMPANY | CIVIL ACTION |
| VERSUS | No. 23-738 |
| GOLDENHOME PROPERTY, LLC | SECTION: "J"(1) |

## ORDER

The Court having been advised that the parties have reached a settlement of all claims in this matter,

**IT IS HEREBY ORDERED** that all claims in the above-captioned matter are hereby dismissed without costs, and without prejudice, with the right upon good cause shown, within sixty days, for the parties to seek summary judgment enforcing the compromise if it is not consummated by that time.

**COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, EVERY WITNESS MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.**

New Orleans, Louisiana, this 18th day of July, 2023.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE